**No. 57933.**—Davies Turner & Co. and Telegraph Apparatus Co. *v.* United States, protest 173283-K (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of ½-, ¼-, 1-, and 2-watt carbon resistors, composed in chief value of metal, used chiefly as parts of radio apparatus, instruments, or devices, the claim of the plaintiffs was sustained.

**No. 57934.**—Alfa Photo Corp. et al. *v.* United States, protests 185583-K, etc. (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of resistors similar in all material respects to those the subject of Abstract 57045, the claim of the plaintiffs was sustained.

**No. 57935.**—The Worcester Royal Porcelain Co., Inc. *v.* United States, protests 195316-K, etc. (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that certain items appearing on schedule B, attached to and made a part of the decision in this case, consist of china figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the merchandise was held dutiable at 20 percent under paragraph 1547 (a), or at 10 percent under said paragraph, as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T. D. 52373), supplemented by Presidential proclamation (T. D. 52476), effective May 28, 1950.

**No. 57936.**—Cresca Co., Inc., et al. *v.* United States, protests 196405-K, etc. (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of grenadine the same in all material respects as that the subject of *La Manna, Azema & Farnan, Inc.* v. *United States* (39 C. C. P. A. 44, C. A. D. 461), the claim of the plaintiffs was sustained.